IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Nos. 22-01102

NOREEN WISCOVITCH RENTAS AS TRUSTEE FOR THE ESTATE OF JUAN CARLOS BALCELLS GALLARETA

Appellant,

v.

AMARILIS GONZALEZ GARCIA

Appellee.

### NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

**COME NOW, NOREEN WISCOVITCH-RENTAS as Trustee for the Estate of Juan Carlos Balcells Gallareta** (herein after "Trustee"), the above captioned Appellant, through the undersigned counsel very respectfully avers and prays as follows:

1. Instituto appeals under 28 U.S.C. §158(a) from:

   (1) A Memorandum and Order Dismissing the Appeal from the Bankruptcy Court, entered in the docket on February 10, 2023 at Docket 20;

   (2) A Judgment dismissing the appeal, entered in the docket on February 10, 2023 at Docket 21;

  (3) The Order denying the Reconsideration of the dismissal, entered in the docket on February 15, 2023, at Docket 23.

2. All three documents are attached as Exhibits 1-3.
3. The names of all parties to affected by the Judgment appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

> **Amarilis Gonzalez García**
> PO BOX 984
> Guaynabo, PR 00970.
>
> **Irving K. Hernandez-Valls**
> Irving K. Hernandez, PSC
> Olimpo Plaza Bldg.
> Suite 207
> 102 Munoz Rivera Ave
> San Juan, PR 00927
> 787-767-0446
> Fax: 888-476-7890
> Email: ikhbknotices@gmail.com

**WHEREFORE,** Trustee requests from this Honorable Court to take note of the above, and docket the instant appeal.

### CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in the case.

Respectfully submitted,

On this 15th day of March of 2023.

/s/ Rafael A. Gonzalez Valiente
*USDC#* 225209

**Godreau & González Law**
PO Box 9024176
San Juan, Puerto Rico 00902-4176
Tel : (787)726-0077
rgv@g-glawpr.com