IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>JUAN CARLOS BALCELLS-GALLARETA,<br><br>**Debtor.** | **Bankruptcy Nos.** 11-6637; 14-137 |
| NOREEN WISCOVITCH-RENTAS,<br><br>**Appellant,**<br><br>v.<br><br>AMARILIS GONZÁLEZ-GARCÍA,<br><br>**Appellee.** | **Civil No.** 22-1102 (FAB) |

**JUDGMENT**

In accordance with the Memorandum and Order entered today (Docket No. 20), this case is **DISMISSED with prejudice.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, February 10, 2023.

                                            s/ Francisco A. Besosa
                                            FRANCISCO A. BESOSA
                                            SENIOR UNITED STATES DISTRICT JUDGE