| | |
|---|---|
| **From:** | Lcdo. Rafael Gonzalez |
| **To:** | ka@g-glawpr.com |
| **Subject:** | FW: Activity in Case 3:22-cv-01102-FAB In Re: Gonzalez-Garcia Order on Motion for Reconsideration |
| **Date:** | Tuesday, February 28, 2023 11:55:55 AM |

*Rafael A. González Valiente, Esq.*

G|G
GODREAU & GONZALEZ
LAW, LLC

P.O Box 9024176,
San Juan, PR 00902-4176
Tel. (787) 726-0077

CONFIDENTIALITY NOTICE: The information contained in this e-mail message, including any attachments, is for the sole use of the intended recipient(s) and is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. THANK YOU.

**From:** prd_docketing@prd.uscourts.gov <prd_docketing@prd.uscourts.gov>
**Sent:** Wednesday, February 15, 2023 4:58 PM
**To:** prd_docketing@prd.uscourts.gov
**Subject:** Activity in Case 3:22-cv-01102-FAB In Re: Gonzalez-Garcia Order on Motion for Reconsideration

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States District Court**

**District of Puerto Rico**

### Notice of Electronic Filing

The following transaction was entered on 2/15/2023 at 4:57 PM AST and filed on 2/15/2023

| | |
|---|---|
| **Case Name:** | In Re: Gonzalez-Garcia |
| **Case Number:** | 3:22-cv-01102-FAB |
| **Filer:** | |

**WARNING: CASE CLOSED on 02/10/2023**

**Document Number:** 23(No document attached)

**Docket Text:**
**ORDER in re [22] Motion for Reconsideration of Memorandum and Order. DENIED. Clear negligence on the part of the U.S. Trustee is found. After being allowed an extension of time to September 28, 2022, the U.S. Trustee filed her response to the motion to dismiss on that date, but still didn't file the transcript that the rules require her as the appellant to file. It was only after the case was dismissed that the U.S. Trustee deemed it fit to file the transcript. Signed by Senior Judge Francisco A. Besosa on 2/15/2023. (om)**

**3:22-cv-01102-FAB Notice has been electronically mailed to:**

Irving K. Hernandez-Valls     ikhbknotices@gmail.com, ikhlaw@gmail.com, ikhnotices@gmail.com

Rafael A. Gonzalez-Valiente     rgv@g-glawpr.com

**3:22-cv-01102-FAB Notice has been delivered by other means to:**